# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                    CASE NO:  3:05-cr-210(S1)-J-25TEM

BERNARDINO REBOLLEDO-PERALTA

_____

## ORDER

This cause came on to be heard on July 25, 2005, for the scheduled Waiver of Indictment/Change of Plea hearing at which counsel for the defendant announced the defendant's desire to waive indictment.  Defendant was advised of the charges and maximum penalties therefor and of his rights concerning waiver of indictment.  The defendant executed a Waiver of Indictment in open Court.  The Court finds the defendant knowingly, intentionally, voluntarily and freely waived his right to require the United States to present this case to a Federal Grand Jury and consented to prosecution by information.

**DONE AND ORDERED** at Jacksonville, Florida, this 27th day of July, 2005, nunc pro tunc to July 25, 2005.

_____
THOMAS E.  MORRIS
United States Magistrate Judge

Copies to:
Asst. U. S. Attorney (Gallagher)
Asst.  Federal Public Defender (Call)